## GILLILAND v. GILLILAND.

[No. 10,575. Filed November 17, 1920.]

From Jefferson Circuit Court; *Vincent Kirk*, Special Judge.

Action between William Paul Gilliland and Florence Gilliland. From the judgment rendered, the former appeals. *Affirmed.*

*E. S. Roberts and Sulzer & Bear*, for appellant.

*P. E. Bear, Joseph R. Williams* and *Chalmer Schlosser*, for appellee.

PER CURIAM.—Affirmed as of date of submission.

---

## MORRISON v. SHAKE ET AL.

[No. 10,542. Filed November 19, 1920.]

From Knox Circuit Court; *Thomas B. Coulter*, Judge.

Action between Henry W. Morrison and Curtis G. Shake and another. From the judgment rendered, the former appeals. *Affirmed.*

*W. A. Cullop* and *H. S. Foncannon*, for appellant.

*Curtis G. Shake* and *J. W. Kimmell*, for appellees.

REMY, J.—Affirmed on authority of *Pugh* v. *Cleveland, etc., R. Co.* (1916), 184 Ind. 350, 110 N. E. 193, and *State, ex rel.* v. *Birden* (1918), 187 Ind. 466, 119 N. E. 865.

---

## POWERS v. WHEELER.

[No. 10,610. Filed May 14, 1920. Rehearing denied October 13, 1920. Transfer denied November 19, 1920.]

From Lake Circuit Court; *E. Miles Norton*, Judge.

Action between Arthur N. Powers and Jemie Ward Wheeler. From the judgment rendered, the former appeals. *Affirmed.*

*George E. Hershman* and *Daniel B. Straley*, for appellant.

*Otto J. Bruce*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## INDIANAPOLIS BAKING COMPANY v. STAMMER.

[No. 10,461. Filed June 4, 1920. Rehearing denied December 7, 1920.]

From Marion Superior Court (101,344); *W. W. Thornton*, Judge.